UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEMETRIUS MCLAUGHLIN
REG.#41294-018
FCC COLEMAN-USP
P.O. BOX 1033
COLEMAN, FL, 33521

VS.

Case: 1:07-cv-02347
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/26/2007
Description: Pro Se General Civil

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR UNITED STATES ATT.
600 E. STREET N.W. STE 4300 BIC/BLDG
WASHINGTON D.C. 20530-0001

## COMPLAINT FOR DECLARTORY AND INJUNCTIVE RELIEF

1) COMES NOW, THE PLAINTIFF, DEMETRIUS MCLAUGHLIN, HEREIN PRO-SE AND WITHOUT THE AID OF COUNSEL, RESPECTFULLY INVOKES THIS HONORABLE COURT JURISDICTION PURSUANT TO 5 U.S.C. § 552 AND 552a(1)(B) OF THE FREEDOM OF INFORMATION AND PRIVACY ACT. WHEREAS THIS COURT HAS JURISDICTION TO ENTER SUCH ORDER FOR PRODUCTION OF SAID AGENCY. DOCUMENTS, RECORDS, IN COMPLIANCE WITH 5 USC § 552(1)(2)(3)(6)a AND 552a(1)(B) OF THE FOIA/PA. THAT REQUESTED COPIES OF ANY AND ALL INFORMATION, RECORDS, DOCUMENTS THAT WERE GENERATED BY, OR IN THE POSSESSION AND USED IN THE INVESTIGATION OF THE DRUG ENFORCEMENT ADMINISTRATION FROM JUNE 2002 THROUGH MARCH 2004, RELATING TO THE INDICTMENT OF PLAINTIFF IN THIS CASE NUMBER 8:03-CR-226-T-17MSS.

RECEIVED
DEC 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2.) THE FACTS ARE THAT ON MAY 30, 2007, PLAINTIFF SUBMIT A REQUEST PURSUANT TO 5 USC § 552 AND 552a TO THE EXECUTIVE OFFICE UNITE STATES ATTORNEY FOR WASHINGTON D.C.. SEE EXHIBIT (A) COPY OF SAID REQUEST.

3.) THE REQUEST CONSIST OF ANY AND ALL DOCUMENTS, RECORDS, AND INFORMATION IN CONNECTION WITH THE INVESTIGATION WHICH LEAD TO THE INDICTMENT OF PLAINTIFF. THIS INCLUDED AS WELL OF ALL AGENCY THAT PROVIDE ASSISTANCE IN THE INVESTIGATION AND SURVEILLANCE.

4.) PLAINTIFF FILED AN APPEAL IN OR ABOUT THE MONTH JUNE 2007. STATING THAT THE HAD FAILE TO RESPOND TO SAID REQUEST WITH THE TIME FRAME OF THE STATUTE 5.U.S.C § 552 FOIA.

5.) THE DEFENDANT REPLY ON OR ABOUT THE MONTH OF JULY 2007. BY INFORMING THE PLAINTIFF THAT THE OFFICE RECEIVE THE REQUEST AND ASSIGN THE REQUEST NO. 07-2263. THAT THE OFFICE WOULD MAKE EVERY EFFORT TO PROCESS THE REQUEST WITHIN A MONTH (20 WORKING DAYS). THE OFFICE ATTACHED A FORM WITH IT'S REPLY TELLING PLAINTIFF TO CHOOSE ONE. SEE EXHIBIT (B).

6.) WHEREAS, IT HAS BEEN OVER 20 WORKING DAYS SINCE THE REQUEST WAS FILED WITHOUT ANY RESPONSE. IT TOOK OVER 20 DAYS FOR THE DEFENDANT TO REPLY TO THE APPEAL. IT IS NOW OVER 220 WORK DAYS AND STILL THERE IS NO PRODUCTION OF THE REQUEST AGENCY RECORDS, DOCUMENTS, AND THAT WAS PROVIDE TO THE OFFICE TO INDICT PLAINTIFF.

7.) THEREFORE, PLAINTIFF STATES THAT PURSUANT TO 5 USC § 552 AND 552(a) OF THE FREEDOM OF INFORMATION AND PRIVACY ACT THAT HE HAS A DUE PROCESS RIGHT THAT ENTITLE HIM TO THE PERFORMANCE OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY TO INDULGE/EQUAL A RESPONSE TO THE REQUEST.

8.) WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT SHALL GRANT HIM THE RELIEF SOUGHT: 1.) TO DECIDE THAT THE DEFENDANT HAS REFUSE TO RESPOND AND/OR DISCLOSE THE RECORD DOCUMENTS, AND INFORMATION REQUESTED BY THE PLAINTIFF TO BE UNLAWFUL AND (2) TO ENTER THE ORDER REQUIRING THE SAID DEFENDANT TO RELEASE THE REQUESTED RECORDS, DOCUMENTS, INFORMATION TO HIM OR (3) TO GRANT SUCH ORDER AND FURTHER RELIEF AS THIS HONORABLE COURT MAY DEEM JUST AN APPROPRIATE.

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY HAS BEEN FURNISH TO THE PRISON AUTHORTY TO BE PLACED IN U.S. MAIL TO BE DELIVER TO THE CLERK OF COURT OF WASHINGTON D.C. THIS 19TH DAY OF DECEMBER 2007.

RESPECTFULLY SUBMITTED

*[signature]*

DEMETRIUS MCLAUGHLIN
REG# 41397-018

(3)

```
FROM :DEMETRIUS MCLAUGHLIN              DERICT RESPONSE TO:
REG#41297-018                           DEMETRIUS MCLAUGHLIN
FCC COLEMAN-USP                         REG#41297-018
P.O.BOX 1033
COLEMAN, FL, 33521
```

May 30, 07

```
TO:FREEDOM OF INFORMATION/PA
U.S.DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR UNITED STATES ATT.
600 E. STREET N.W. STE 7300 BIC/BLDG
WASHINGTON D.C. 20530-0001


IDENTIFICATION OF REQUESTER
DEMETRIUS MCLAUGHLIN
REG#41297-018
ALLIAS:DEKE
DOB:11-07-73
POB:LAKELAND, FL,
SSN: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
```

Dear, Sir, Ms...:

This letter serves as my request pursuant to the provision of Freedom Information Act ( FIOA 5 U.S.C.§552) and the Privacy Act (PA 5 U.S.C.§552a). This Request is in regards to the One thousand page of Public Records, that in this Office possession in which has inform me of such records. see attachment.

I am requesting copies of any and all documents, records, and information inconnection with the investigation that lead to the indictment and is a part or contain in the Public Records.

I am requesting copies of search warrants and police report and the copies of documents, records, of all Agency that provide assistance and its Units such as the Aviation Unit of Pasco County Sheriff's Office on July 16,02 and August 02. This would include reports of the surveillance that was conduct July 16, and Aug. 02.

I am requesting any and all Court documents records that was filed and connected to the indictment number 8:03-CR-226-T-17MSS and papers with my name on them.

I promise to pay reasonable search and duplication costs in connection with this request. However, please notify me ahead of time if you estimate that the total fees will exceed $30 dollars so I can approve the additonal amount.

### CERTIFICATE OF SERVICE

I do, hereby certify that a copy hereof has been furish by U.S. Mail through the prison mail system on this 30th day of May, 2007.

DEMETRIUS MCLAUGHLIN
REG#41297-018

[2]

Requester: Demetrius McLaughlin         Request Number: 07-2263

## CHOOSE ONE

___I understand that I am entitled to the first 100 pages and 2 hours of search time free. Please search only up to 2 hours and process only up to 100 pages that can be released to me.

___I wish to withdraw my request.

___I wish to revise my request to try to reduce fees. Please limit my request to the following documents:

_____
_____
_____
_____

(Please note that a search for specific records may sometimes require more search time and fees).

**X** Please search only up to the following number of hours: _whatever is nesessary_
I understand that search payment will be required even if no documents are located or released to me. In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____          09-05-07
Name                                Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

```
To whom it may concern;
    It was stated with the response that was sent with this form.
That I have already receive the first hundred pages of the thousand
pages. This is not true and I am still waiting to receive the first
hundred. Thank You !!!!!
```

07 2347
FILED
DEC 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Requester Demetrius McLaughlin         Request Number 07-2263

**CHOOSE ONE**

___Please do not search any longer. **I understand that I am entitled to the first 100 pages free.** If you have found releasable documents, send me the free documents and close my case.

___Please do not search any longer. I wish to withdraw my request.

_X_I agree to pay the search fee indicated above. **I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

___I wish to reformulate my request in an attempt to reduce fees. Please limit my request to the following documents, and notify me of any revised fee amount._____

_____

_____

_____

_____

(Please note that a search for specific records may require more search time and fees).

___I agree to pay up to the following amount for search time._____
**I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_[signature]_                                           9-05-07
Name                                                    Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

```
To whom it may concern;
    It was stated with the response that was sent this form. That
I have already receive the first hundred pages of the thousand
pages. This is not true and I am still waiting to receive the first
hundred. Thank You!!!!!!
```

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
DEMETRIUS MCLAUGHLIN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro se

## DEFENDANTS
DOJ

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 41294-018

Case: 1:07-cv-02347
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/26/2007
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(4)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 - F.O.I.A

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 12/31/07   SIGNATURE OF ATTORNEY OF RECORD  NCO

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd