```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN              )
REGISTER NO. 41297-018            )
UNITED STATES PENITENTIARY        )
POST OFFICE BOX 1033              )
COLEMAN, FL  33521,               )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )  Civil Action No. 07-2347 (RMC)
                                  )
U.S. DEPARTMENT OF JUSTICE        )
950 PENNSYLVANIA AVENUE, NW       )
WASHINGTON, DC  20530,            )
                                  )
     and                          )
                                  )
EXECUTIVE OFFICE FOR              )
  UNITED STATES ATTORNEYS         )
600 E STREET, NW, ROOM 7300       )
WASHINGTON, DC  20530,            )
                                  )
     Defendants.                  )
_____)
```

## PRAECIPE

The Clerk of Court will please enter the appearance of Kathleen A. McNabb as principal counsel for defendants in the above-captioned civil action.

Dated: January 17, 2008
                     /s/
Kathleen A. McNabb
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5473

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Praecipe was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Demetrius McLaughlin
>Register No. 41297-018
>United States Penitentiary
>Post Office Box 1033
>Coleman, FL  33521

on this 17th day of January 2008.

```
                                    /s/
                         KATHLEEN A. MCNABB
```