```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,          )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 07-2347 (RMC)
                               )
U.S. DEPARTMENT OF JUSTICE,    )
                               )
     and                       )
                               )
EXECUTIVE OFFICE FOR           )
  UNITED STATES ATTORNEYS,     )
                               )
     Defendants.               )
_____)
```

## ANSWER

Defendants, by their undersigned attorneys, hereby answer the Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Executive Office for United States Attorneys (EOUSA) is not a proper party defendant to this action.

### THIRD DEFENSE

In response to the numbered paragraphs of the Complaint, defendants admit, deny, or otherwise aver as follows:

1. This paragraph consists of plaintiff's characterization of this action and allegations regarding jurisdiction, which do not require answers, but to the extent that answers may be deemed required, deny.

- 2 -

2-3.  Deny, except to aver EOUSA's receipt of a letter from plaintiff dated May 30, 2007, an unsigned copy of which plaintiff attached to the Complaint as Exhibit A, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

4.  Deny, and aver receipt by the U.S. Department of Justice's Office of Information and Privacy (OIP) of three letters from plaintiff dated January 14, 2007, March 29, 2007, and May 30, 2007, to which the Court is respectfully referred for complete and accurate statements of their contents.

5.  Deny, except to aver transmittal of a letter from EOUSA dated August 21, 2007, to plaintiff, to which the Court is respectfully referred for a complete and accurate statement of its contents.

6.  First sentence:  Deny, except to aver that more than twenty working days have passed since EOUSA received a letter from plaintiff dated May 30, 2007.  Second sentence:  Deny, except to aver that more than twenty working days passed before OIP responded to plaintiff's letter dated May 30, 2007, by transmittal of a letter from OIP to plaintiff dated December 7, 2007, to which the Court is respectfully referred for a complete and accurate statement of its contents.  Third sentence:  Deny, except to aver that EOUSA has not made a final determination on plaintiff's request dated May 30, 2007.

- 3 -

7. Deny, as a conclusion of law.

8. This paragraph consists of plaintiff's prayer for relief, which does not require an answer, but to the extent that an answer may be deemed required, deny.

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendants deny that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

WHEREFORE, defendants, having fully answered, respectfully pray that this action be dismissed with prejudice and that defendants be granted their costs.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney

_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

_____/s/_____

Dated: February 6, 2008    KATHLEEN A. MCNABB
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5473

Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Answer was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>    Mr. Demetrius McLaughlin
>    Register No. 41297-018
>    United States Penitentiary
>    Post Office Box 1033
>    Coleman, FL  33521

on this 6th day of February 2008.

                                  _____/s/_____
                                  KATHLEEN A. MCNABB