UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRIUS MCLAUGHLIN, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,)<br> )<br>Defendants. )<br> ) | Civil Action No. 07-2347 (RMC) |

## ORDER

On February 6, 2008, Defendants Department of Justice and the Executive Office for United States Attorneys filed an Answer to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16(b) and 26(f) are inapplicable to FOIA actions. *See* LCvR 16.3(b)(9). Although Defendants seek dismissal of the Complaint, they have not filed a dispositive motion or stated their intention to do so. Accordingly, it is

**ORDERED** that Defendants shall file a dispositive motion or a proposed briefing schedule by April 4, 2008.

**SO ORDERED**.

Date: March 4, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge