UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,           )
                                )
    Plaintiff,                  )
                                )
    v.                          )   Civil Action No. 07-2347 (RMC)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
                                )
    and                         )
                                )
EXECUTIVE OFFICE FOR            )
  UNITED STATES ATTORNEYS,      )
                                )
    Defendants.                 )
_____)

## DEFENDANTS' PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action pro se on December 26, 2007, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, and the Privacy Act of 1974, 5 U.S.C. § 552a (2000), seeking the release of any public records pertaining to himself that might be maintained by the Executive Office for United States Attorneys, a component of the United States Department of Justice.  Defendants filed their Answer on February 6, 2008.  By Order dated March 4, 2008, the Court directed defendants to file a dispositive motion or a proposed schedule to govern future proceedings by April 4, 2008.

It is highly likely that this case will be resolved by dispositive motion.  Further, this case is exempt from the duty-to-confer requirement under Local Civil Rule 16.3(b)(9).  Accordingly, defendants respectfully propose, subject to the

- 2 -

approval of the Court, and consistent with the Court's Order of March 4, 2008, the following briefing schedule:

Defendants would file their dispositive motion on or before May 30, 2008; plaintiff would file his opposition and/or cross motion on or before June 27, 2008; defendants would file their reply and/or opposition, if any, on or before July 25, 2008; and plaintiff would file his reply, if any, on or before August 22, 2008.[1]  A proposed scheduling order is submitted herewith.

Respectfully submitted,

JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney

RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

Dated: April 4, 2008

/s/
KATHLEEN A. MCNABB
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5473

Attorneys for Defendants

---

[1] Consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(a), defendants have not discussed this filing with plaintiff, who is incarcerated and appearing pro se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendants' Proposed Briefing Schedule and accompanying proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Demetrius McLaughlin
>Register No. 41297-018
>United States Penitentiary
>Post Office Box 1033
>Coleman, FL  33521

on this 4th day of April 2008.

_____/s/_____
KATHLEEN A. MCNABB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,                )
                                     )
     Plaintiff,                      )
                                     )
     v.                              )   Civil Action No. 07-2347 (RMC)
                                     )
U.S. DEPARTMENT OF JUSTICE,          )
                                     )
     and                             )
                                     )
EXECUTIVE OFFICE FOR                 )
  UNITED STATES ATTORNEYS,           )
                                     )
     Defendants.                     )
_____)

ORDER

Upon consideration of Defendants' Proposed Briefing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendants shall file their dispositive motion on or before May 30, 2008; plaintiff shall file his opposition and/or cross motion on or before June 27, 2008; defendants shall file their reply and/or opposition, if any, on or before July 25, 2008; and plaintiff shall file his reply, if any, on or before August 22, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Demetrius McLaughlin          Kathleen McNabb
Register No. 41297-018            Attorney-Advisor
United States Penitentiary        Office of Information and Privacy
Post Office Box 1033              United States Department of Justice
Coleman, FL  33521                1425 New York Ave., NW, Suite 11050
                                  Washington, DC  20530-0001