IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,
    Plaintiff,

vs.                                    Civil No.06-2347(RMC)

DEPARTMENT OF JUSTICE,
EOUSA
    Defendants,
_____/


PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF TIME/OR ADDITIONAL
14 DAYS TO REPLY OR IN ALTERNATIVE TO STAY REPLY TO DEFENDANTS
RESPONSE TO DISMISS OR FOR SUMMARY JUDGMENT

    COMES NOW, DEMETRIUS MCLAUGHLIN, proceeding herein pro-se and respectfully request this Honorable Court to grant this Motion For Extension of Time. In the alternative this Court, is ask to grant the Stay to allow Plaintiff to Reply to Defendants response, because the exist of excusable neglect or inadvertence on Plaintiff behalf. And now states the following in support:

    1.) This action was commenced by Plaintiff, on December 26, 2007, pursuant to the Freedom of Information Act, 5 USC§ 552 and the Privacy Act 5 USC§ 552a.

    2.) By Order of this Court, directing the Defendants' to file a despositive motion or a proposed schedule to govern future proceeding by April 04, 2008. The Defendant, file the Motion to Dismiss or, in the alternative for Summary Judgment on the 30th day of May 2008.

    3.) On the 02nd day of June 2008, this enter the Order directing Plaintiff to file an opposition to Defendants' Motion

RECEIVED
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to Dismiss or, in the alternative, for summary judgment. This Court, provide Plaintiff until July 15, 2008, to have the reply filed with the Court.

4.) On the 07th day of July 2008, the prison went on lockdown until the 15th day of July 2008. Whereas, Plaintiff had no-access to the law library or commissary to buy stamps. Due to the prison lock down has been deprive of the opportunity to meet the Court date.

Therefore, Plaintiff, ask this Honorable Court to grant the Motion For Additional Time or Extension. Due to through excusable neglect on his part of not being able to answer and file the Reply to the Defendants' response in regards of the Compliant. That the Plaintiff, does contends that it would be a miscarriage of justice if he is not given the opportunity to reply to said Defendant response.

Wherefore, Plaintiff, prays that this Honorable Court will grant him the opportunity to reply in the interest justice.

Respectfully Submitted

Demetrius McLaughlin
Reg#41297-018

## CERTIFICATE OF SERVICE

I Demetrius Mclaughlin, hereby certify that a true and correct copy of the foregoing Motion For Extension of Time, pursuant to <u>Huston v. Lack</u>, 487 U.S. 266, 101 L.ed 2d 245 (1988), is deemed filed at the time that it was delivered to the prison authorities to be forward to the Court and service upon parties to litigation and/or their attorneys' of record.

I placed the above-referenced material in a sealed envelope with first-class postage affixed, addressed to:

Kathleen A. McNabb

U.S. Department of Justice

1425 New York Ave. NW, Ste 11050

Washington, DC 20530-0001

and deposited the envelope in the legal mailroom at FCC Coleman-USP-1, for collection and via the U.S. Postal Service on this _____ day of July 2008.

Respectfully Submitted,

_____
DEMETRIUS MCLAUGHLIN

FCC Coleman, Florida  Sumter County
Subscribed and sworn before me this
____ day of _____, 20__
_____
Case Manager
Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC§4004.)

**UNITED STATES GOVERNMENT MEMORANDUM**
Federal Correctional Complex-USP
Coleman, Florida 33521

DATE: July 15, 2008

FROM: Cliff Medder, Case Manager

TO: Whom Concerned

SUBJECT: Institution Lock Down

Please be advised that FCC Coleman USP-1, was on Lock Down status from July 7, 2008 to July 13, 2008. During that time, inmates had no access to the commissary or law library.